# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

2007 OCT -2 A 11: 46

CLERK _____
SO. DIST. OF GA.

JAMES GLENN WILDER,          )
                             )
            Plaintiff,       )
                             )
    v.                       )   CV 107-041
                             )
GERALD LAWSON, et al.,       )
                             )
            Defendants.      )

## ORDER

After a careful *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation (doc. no. 10), to which no objections have been filed.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the

opinion of the Court. Therefore, Plaintiff's claims pertaining to alleged violations of the

Lincoln County Jail grievance procedures in the Lincoln County Detention Center's Inmate

Handbook, access to the courts and an attorney, pre-trial due process rights, prosecution of

an alleged crime, conditions of confinement, as well as official capacity claims and claims

for emotional and psychological damages, are **DISMISSED**, and Defendants Lawson,

Hancock, Remsen, Burgess, and Taylor are **DISMISSED** from this case.

SO ORDERED this ___ day of October, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE